UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-21164-KMM

RENZO BARBERI,

      Plaintiff,

      vs.

CUTLER BAY TIRE AND AUTO SERVICE CENTER, INC., a Florida Profit Corporation and KEVIN E. PEDERSEN AND MICHELE PEDERSEN

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RENZO BARBERI, and Defendants, CUTLER BAY TIRE AND AUTO SERVICE CENTER, INC., KEVIN E PEDERSEN and MICHELE PEDERSEN (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the parties' Settlement Agreement. All parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: S/Ronald E. Stern
Ronald E. Stern, Esq.
THE ADVOCACY LAW FIRM, P.A.

1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff

By: S/David Chonin
David Chonin, Esq.
Law Office of David Chonin
5775 Blue Lagoon Drive, Suite 300
Miami, Florida 33126
Telephone: (305) 444-3000
Facsimile: (305)448-7788
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:17-cv-21164-KMM

RENZO BARBERI,

       Plaintiff,

       vs.

CUTLER BAY TIRE AND AUTO SERVICE CENTER, INC., a Florida Profit Corporation and KEVIN E. PEDERSEN AND MICHELE PEDERSEN

       Defendant.
_____/

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the August 31, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                       By: <u>S/Ronald E. Stern</u>
                                         Ronald E. Stern, Esq.
                                         Florida Bar No. 10089
                                         THE ADVOCACY LAW FIRM, P.A.
                                         1250 E. Hallandale Beach Blvd.
                                         Suite 503
                                         Hallandale Beach, Florida 33009
                                         Telephone:   (954) 639-7016
                                         Facsimile:    (954) 639-7198
                                         Attorney for Plaintiff, RENZO BARBERI

## **SERVICE LIST**:

RENZO BARBERI vs. CUTLER BAY TIRE AND AUTO SERVICE CENTER, INC., a Florida Profit Corporation and KEVIN E. PEDERSEN AND MICHELE PEDERSEN

United States District Court Southern District Of Florida

CASE NO. 1:17-cv-21164-KMM

David Chonin, Esq.
Law Office of David Chonin
5775 Blue Lagoon Drive, Suite 300
Miami, Florida 33126
Telephone: (305) 444-3000
Facsimile: (305)448-7788

**VIA CM/ECF**